UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA CITY DIVISION

**RYAN HUFF,**

    **Plaintiff,**

**v.**                                                                   Case No. 3:18cv1338-TKW-EMT

**CORIZON, LLC, et al.,**

    **Defendants.**

_____/

## ORDER CONTINUING TRIAL, REOPENING DISCOVERY, AND ESTABLISHING NEW DEADLINES

Upon due consideration of the parties' joint motion to reopen discovery and continue trial (Doc. 26), it is **ORDERED** that:

1. The motion is **GRANTED**, and the pretrial conference scheduled for April 13, 2020, and the trial scheduled for April 27, 2020, are canceled.

2. Discovery is reopened, and the parties shall have until June 30, 2020, to complete discovery. No extensions of this deadline will be granted absent extraordinary circumstances beyond the parties' control.

3. The deadline for filing *Daubert* motions and potentially dispositive motions is 21 days after the new discovery deadline. This, however, does not allow

the filing of motions that could have been filed based on the evidence that was available prior to the deadlines established in the final scheduling order.

4. The parties shall mediate this case again after discovery is complete. The deadline for completing mediation is 28 days after the new discovery deadline, but the parties are free to mediate sooner. Mediation shall be conducted in accordance with the procedures set forth in paragraph 8 of the final scheduling order (Doc. 15).

5. A new trial date will be set later, likely after the Court rules on any dispositive motions or upon notice that no such motions have been filed and that mediation resulted in an impasse.

**DONE and ORDERED** this 21st day of February, 2020.

*T. Kent Wetherell, II*
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**